1 | Jerry D. Underwood (CA Bar No. 202874)
LAW OFFICES OF JERRY D. UNDERWOOD, A.P.C.
2 | 5241 E. Santa Ana Canyon Road, Suite 135
Anaheim Hills, CA 92807
3 | Telephone: (714) 998-9802
junderwood@jdulaw.com

4 | Marcelo A. Dieguez (CA Bar No. 221951)
5 | DIEFER LAW GROUP, P.C.
2030 Main Street, Suite 1300
6 | Irvine, CA 92614
Telephone: (949) 260-9131
7 | mdieguez@dieferlaw.com

8 | Attorneys for Plaintiff
Raul Garcia

9 |

10 | John R. Carrigan, Jr. (CA Bar No. 217534)
  *jcarrigan@millerlawgroup.com*
11 | MILLER LAW GROUP
A Professional Corporation
12 | 12121 Wilshire Blvd., Suite 1375
Los Angeles, CA 90025
13 | Telephone: (310) 943-8500
Fax: (310) 943-8501

14 | Attorneys for Defendant
15 | Pipe Maintenance Service, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL GARCIA, an individual, | CASE NO. 5:15-cv-01384-BRO-SP |
| Plaintiff, | ORDER ON |
| vs. | **JOINT STIPULATION FOR ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |
| PIPE MAINTENANCE SERVICE, INC., a Nevada Corporation; and DOES 1 through 25, inclusive, | [F.R.C.P.41] |
| Defendants. | |

--1--

LAW OFFICES OF JERRY D. UNDERWOOD
ANAHEIM HILLS

STIPULATION TO DISMISS CASE

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff RAUL GARCIA and Defendant PIPE MAINTENANCE SERVICE, INC., a Nevada Corporation (collectively, the "Parties"), through their respective attorneys of record, that the above-captioned case be dismissed with prejudice as to all claims and causes of action in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and subject to the Order of this Court.

The Parties further stipulate that they have settled this action on terms agreed upon by the Parties with details of the settlement being memorialized in a separate Settlement Agreement and Release of Claims. The Parties further stipulate and agree to be bound by the terms of the Settlement Agreement and Release of Claims. Each party shall bear its own attorneys' fees and costs.

Respectfully Submitted,

DATED: January 12, 2016         LAW OFFICES OF JERRY D.
                                UNDERWOOD, A.P.C.


                                /s/ Jerry D. Underwood
                                Jerry D. Underwood
                                Attorney for Plaintiff Raul Garcia


DATED: January 12, 2016         MILLER LAW GROUP


                                /s/ John Carrigan
                                John R. Carrigan, Jr.
                                Attorneys for Defendant
                                Pipe Maintenance Service, Inc.

IT IS SO ORDERED.

DATED: January 14, 2016

[signature]

UNITED STATES DISTRICT JUDGE

--2--

LAW OFFICES OF
JERRY D.
UNDERWOOD
ANAHEIM HILLS

STIPULATION TO DISMISS CASE